N THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IN RE

CHRISTINE H. HINTON                    Case No. 13-70035-SCS
A/K/A CHRISTINE HENDERSON              Chapter 13

    Debtor

NATIONSTAR MORTGAGE LLC

    Movant

v.

                                        Motion No.

CHRISTINE H. HINTON
A/K/A CHRISTINE HENDERSON


    Respondents

## NOTICE OF MOTION FOR AUTHORITY TO MODIFY THE TERMS OF AN EXISTING SECURED LOAN

    Nationstar Mortgage LLC has filed papers with the court seeking Authority to Modify the Terms of an existing Secured Loan on the property known as 610 Primrose Lane, Unit 610, Chesapeake, VA 23320. Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

1. The amount of the proposed modified secured claim is $116,848.56.

2. The monthly amount of the modified secured claim payments are:

    $642.92 plus escrow beginning 01-Jul-13 at an interest rate of 6.00%, continuing thereafter until the maturity date.

    The current monthly secured claim payment is $681.99 plus escrow.

3. The secured creditor has no knowledge of whether the debtor intends to increase the amount of their plan payment.

    If you want the court to consider your views on the motion, the by:

MARK MEYER
VA BAR 74290
ROSENBERG & ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

## **August 13, 2013**

You or your lawyer must:

_X_     File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will RECEIVE it on or before the date stated above.

If no objection is filed within the objection period, the court, in this discretion, may enter an order endorsed by the chapter 13 trustee approving the loan modification.

    Clerk of Court
United States Bankruptcy Court
600 Granby Street, 4th Floor
Norfolk, VA 23510

You must also mail a copy to:

Mark D. Meyer, Attorney for the Movant
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814

Michael P. Cotter, Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA  23320

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION.

Date: July 24, 2013                /s/ William Rountree, Esq.
                                             William Rountree, Esq., VA Bar 43158
                                             8601 Westwood Center Drive, Suite 255
                                             Vienna, Virginia 22182
                                             (703) 752-8500

MARK MEYER
VA BAR 74290
ROSENBERG & ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2013, a copy of the foregoing Notice of Motion for Approval of Loan Modification was mailed, first class postage prepaid, or via electronic email, to the following:

Christine H. Hinton
a/k/a Christine Henderson
610 Primrose Lane, Unit 610
Chesapeake, VA 23320

Steve Taylor, Esquire
Law Offices of Steve C. Taylor, PC
133 Mt. Pleasant Rd.
Chesapeake, VA 23322

Michael P. Cotter
870 Greenbrier Circle, Suite 402
Chesapeake, VA  23320

/s/ William Rountree, Esq.
William Rountree, Esq.

MARK MEYER
VA BAR 74290
ROSENBERG & ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000